

FILED
CLERK, U.S DISTRICT COURT
FEB - 2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JO KITTOK<br><br>Plaintiff,<br><br>v.<br><br>SBH HOTEL CORP., et al.<br><br>Defendants. | Case No. CV 05-6035 ER<br><br>**ORDER TO SHOW CAUSE** |

DOCKETED ON CM
☑ FEB -3 2006
BY _____ 001

To MARY JO KITTOK, and to her counsel of record, MARK D. POTTER and RUSSELL C. HANDY and THE CENTER FOR DISABILITY ACCESS:

You and each of you, are hereby ordered to show cause as follows:

[1] Plaintiff MARY JO KITTOK is ordered to show cause why the Court should not decline to exercise supplemental jurisdiction over her state law claims. See Molski v. Kahn Winery, 381 F. Supp. 2d 1209 (C.D. Cal. 2005) (declining to exercise supplemental jurisdiction over state law claims in federal ADA case); Molski v. Mandarin Touch Restaurant, 359 F. Supp. 2d 924 (C.D. Cal. 2005) (same).

All responses shall be in writing and are due by March 1, 2006. The Court

15

1 | will make a decision based on the papers filed and schedule a hearing if necessary.

3 | IT IS SO ORDERED.

4 | IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the parties in this matter.

Dated: FEB - 2 2006

*[signature]*

EDWARD RAFEEDIE
Senior United States District Judge