CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
3405 Kenyon Street, Suite 502
San Diego, Ca 92110-5008
(619) 226-9010
Fax (619) 226-9030

Attorneys for Plaintiff, MARY JO KITTOK,

FILED
CLERK, U.S DISTRICT COURT
MAR 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARY JO KITTOK,

    Plaintiff,

v.

SBH HOTEL CORPORATION, A California Corporation, and DOES 1 through 10, inclusive

    Defendants

Case No.: CV05-06035 ERP (JWx)

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)**

DOCKETED ON CM
MAR 15 2006
BY _____ 001

## STIPULATION

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///
///
///

**IT IS SO ORDERED**
Dated MAR 14 2006

_[signature]_
United States District Judge

ORIGINAL

1 | IT IS SO STIPULATED.
2 | CENTER FOR DISABILITY ACCESS, LLP
5 | Dated: 3-6-06
   | _____
   | Mark D. Potter
   | Attorney for Plaintiff

10 | LEWIS BRISBOIS BISGAARD & SMITH LLP
12 | Dated: 2/7/06
   | _____
   | Melissa T. Omansky
   | Attorneys for Defendants, SBH HOTEL CORPORATION

# PROOF OF SERVICE

Short Case Name: Kittok v. SHB Hotel Corporation, et al.
Case No.: CV 05-6035 ER (PJWx)

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 3405 Kenyon Street, Suite 502, San Diego, CA, 92110.

On March 6, 2006, I served the following document(s):

STIPULATION FOR DISMISSAL

Addressed to:

Melissa T. Omansky, Esquire
Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012-2601
(213) 250-7900

__X__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

_____ (BY FACSIMILE) In addition to service by mail as set forth above, the counsel by whose name an asterisk is affixed on the attached service list were also forwarded a copy of said document(s) by facsimile.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on March 6, 2006, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.